IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Jason Parker

vs.

PrimeCare

FILED
OCT 31 2016
LUCY V. CHIN, Interim Clerk
By _____ Dep. Clerk

CIVIL ACTION NO.

2:15-CV-02144

**Change of Address**

3739 North Franklin
3rd Floor
Philly, PA. 19140
Phone # (215) 549 3725
        215 618 6513

10/31/16